UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam J. Cross,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:24-cv-00858-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

As stipulated (Doc. 12), Plaintiff's deadline to file a motion for summary judgment is extended to and including November 20, 2024.

IT IS SO ORDERED.

Dated:   **October 15, 2024**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE