PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, Maryland 21235
       Telephone: (510) 970-4822
       E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM J. CROSS, | Case No.: 1:24-cv-00858-GSA |
| Plaintiff, | STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the

1

1   Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

2   Defendant, reversing the final decision of the Commissioner.

3

4                      Respectfully submitted,

5   Dated: December 19, 2024          */s/ Melissa Newel*   *

                                   (*as authorized via e-mail on 12/18/24)

6                               MELISSA NEWEL

7                               Attorney for Plaintiff

8

9   Dated: December 19, 2024          PHILLIP A. TALBERT

                               United States Attorney

10

11               By:     */s/ Marcelo Illarmo*

                               MARCELO ILLARMO

12                               Special Assistant United States Attorney

13                               Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

**<u>ORDER</u>**

3        Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42

4  U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), it is ORDERED that the

5  this action is remanded to the Commissioner of Social Security for further proceedings consistent

6  with the terms of the Stipulation to Remand.

7        The Clerk of Court is directed to enter a final judgment in favor of Plaintiff, and against

8  Defendant, reversing the final decision of the Commissioner.

9
10
11  IT IS SO ORDERED.

12  Dated:   **December 19, 2024**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28