1  Melissa Newel (CA #148563)
2  NEWEL LAW
   2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com
   Attorney for Plaintiff
5  ADAM J. CROSS

6
   PHILLIP A. TALBERT
7  United States Attorney
   MATHEW W. PILE
8  Associate General Counsel
   Office of Program Litigation, Office 7
9  Social Security Administration
   MARCELO ILLARMO (MA #670079)
10 Special Assistant United States Attorney
   Office of the General Counsel
11 Social Security Administration
   6401 Security Boulevard
12 Baltimore, MD 21235-6401
   (510) 970-4822
13 Marcelo.Illarmo@ssa.gov
   Attorneys for Defendant
14

15                UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

17

18  ADAM J. CROSS,                    No.  1:24-CV-00858 (GSA)

19       Plaintiff,

20  v.                                **STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))**

21  COMMISSIONER OF
22  SOCIAL SECURITY,

23       Defendant.

24
25
26
27
28

1    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Adam J. Cross ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of five thousand six hundred and ninety-nine dollars and sixty-five cents ($5,699.65). This represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Plaintiff's counsel by electronic transfer or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: January 30, 2025                    NEWEL LAW

|  |  |
|---|---|
| | By:   *Melissa Newel* |
| | Melissa Newel |
| | Attorney for Plaintiff |
| | ADAM J. CROSS |

Dated:  January 30, 2025

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:   Marcelo Illarmo*
MARCELO ILLARMO
(*Authorized by email dated 01/30/2025*)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

IT IS ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of **five thousand six hundred and ninety-nine dollars and sixty-five cents ($5,699.65)** be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **January 31, 2025**              **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE